*Friday, January 14, 1994*

## MOTION DOCKET

**90–1815.** State v. Slagle. *Cuyahoga County,* No. 55759. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective January 12, 1994.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

**93–1402.** May v. Tandy Corp. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, *sua sponte,* effective January 7, 1994, that this cause be held pending the decision in Supreme Court case No. 92–2382, *Sorrell v. Thevenir.*

IT IS FURTHER ORDERED by the court that the briefing schedule be stayed.

## MISCELLANEOUS DISMISSALS

**93–1939.** State v. Hayward. *Summit County,* No. 16313. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Summit County and as a claimed appeal as of right from said court. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective January 12, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, January 19, 1994*

## MERIT DOCKET

**93–148.** State ex rel. Talani v. O'Donnell. In Mandamus. On motion for summary judgment. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.